**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THOMAS WALSH, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-13654-ADB |
| v. | ) ) | |
| EMC CORPORATION *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| PHILIP STULL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-13692-ADB |
| v. | ) ) | |
| EMC CORPORATION *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JERRY PANCAKE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-10040-ADB |
| v. | ) ) | |
| EMC CORPORATION *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| BOOTH FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-10114-ADB |
| v. | ) ) | |

| | |
|---|---|
| EMC CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# ORDER GRANTING DR. PHILIP STULL'S MOTION FOR CONSOLIDATION AND APPPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL

Having considered the motion of Plaintiff Dr. Phillip Stull ("Dr. Stull") for consolidation, appointment as lead plaintiff and approval of selection of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Federal Rule Civil Procedure 42(a), the above-captioned actions are hereby consolidated. All future filings are to be filed in the Lead case 15-cv-13692.

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Dr. Stull as lead plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), theGrantLawFirmPLLC is hereby approved as lead counsel for the class and Shapiro Haber & Urmy LLP is approved as liaison counsel for the class.

IT IS SO ORDERED.

Dated: 4/26/2016                    /s/ Allison D. Burroughs
                                    The Honorable Allison D. Burroughs
                                    United States District Judge