UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THOMAS WALSH, on behalf of himself and
all others similarly situated,

        Plaintiff,             Civil Action
                             No. 15-13654-ADB

   v.

EMC CORPORATION, et al.,          **STIPULATION AND ORDER**
                             **CLOSING THE ACTION <u>FOR ALL</u>**
                             **<u>PURPOSES</u>**

        Defendants.         Civil Action

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   No. 15-13692-ADB (Lead Action)

PHILIP STULL, on behalf of himself and all
others similarly situated,

        Plaintiff,

   v.

EMC CORPORATION, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JERRY PANCAKE, on behalf of himself and
all others similarly situated,

        Plaintiff,             Civil Action
                             No. 16-10040-ADB

   v.

EMC CORPORATION, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BOOTH FAMILY TRUST, on behalf of   :
himself and all others similarly situated,

                             :

             Plaintiff,         :       Civil Action

                             :       No. 16-10114-ADB

    v.

                             :

EMC CORPORATION, et al.,

                             :

             Defendants.

                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on June 17, 2016 the parties filed a Stipulation and [Proposed] Order Dismissing Action and Retaining Jurisdiction to Determine Plaintiffs' Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. 46) (the "Stipulation");

WHEREAS, the Stipulation provided that the above-captioned consolidated Action be dismissed in its entirety, with prejudice with respect to the named plaintiffs Thomas Walsh, Philip Stull, Jerry Pancake, and Booth Family Trust (together, "Plaintiffs") and without prejudice with respect to other putative class members.

WHEREAS, the Stipulation further provided that the Court retain jurisdiction over the Actions solely for the purpose of adjudicating Plaintiffs' forthcoming Fee and Expense Application;

WHEREAS, the Court approved the Stipulation on September 20, 2016, and ordered that Plaintiffs file their Fee and Expenses Application and opening brief in support by October 10, 2016 (Dkt. No. 49);

WHEREAS, the parties have reached an agreement with respect to the matter of fees and expenses without the need of further litigation, which fees and expenses shall be paid within fourteen (14) days of entry of an order closing the above-captioned actions;

IT IS HEREBY ORDERED, this 25th day of October, 2016 that:

1.      The Court will no longer retain jurisdiction over the above-captioned actions.

2.      The above-captioned actions are closed for all purposes.

**SO ORDERED:**                                   /s/ Allison D. Burroughs
                                                  Allison D. Burroughs
                                                  United States District Judge

Dated:    October 25   , 2016