# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Philip Stull, et.al.
        Plaintiff

    V.

EMC Corporation, et.al.
        Defendant

CIVIL ACTION

NO. 1:15-cv-13692-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

In accordance with the Court's Stipulation and Order Closing the Action for All Purposes dated 10/25/2016, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

10/26/2016
Date

/s/ Mariliz Montes
Deputy Clerk